Nicole E. Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Peggy Larez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: **12-00792 YGR** |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| | ) **REQUESTING LEAVE TO ATTEND** |
| v. | ) **MEMORIAL SERVICES** |
| | ) |
| PEGGY LAREZ, et al. | ) Date: January 24, 2013 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Court: Honorable Yvonne Gonzalez Rogers |
| | ) |
| | ) |
| | ) |
| | ) |

1. On November 14, 2012, a detention hearing was held and the Court ordered Ms. Larez
   released to the custody of her mother in Red Bluff, California, with certain conditions,
   including electronic monitoring and home detention. Ms. Larez has been abiding by the
   conditions imposed by the court since her release.

2. Ms. Larez's father passed away Saturday, January 5, 2013, and memorial services are
   being held this week. Ms. Larez requests that she be allowed to attend memorial services
   for her father tomorrow, January 8, from 5:00 p.m. to 10:00 p.m.

///

///

///

///

1    3.  Neither the government nor pretrial services object to the request that Ms. Larez be

2        allowed to attend her father's memorial services tomorrow, January 8th, from 5:00 p.m to

3        10:00 p.m.

4

5        SO STIUPLATED:

6   Dated: January 7, 2013                    _____-s-_____

7                                             Randy Luskey,
                                              Assistant United States Attorney
8

9   Dated: January 7, 2013                    _____-s-_____

10                                            Nicole E. Giacinti,
                                              Attorney for Peggy Larez
11

12

13                                    ORDER

14       For the reasons stated above, the Court grants Ms. Larez's request to attend memorial

15  services held in honor of Ms. Larez's father on January 8, 2013, from 5:00 p.m. to 10:00 p.m.

16  IT IS SO ORDERED.

17

18  Dated:  January 7, 2013                   _____

19                                            HON. DONNA RYU
                                              United States Magistrate Judge
20

21

22

23

24

25

26

27

28