1

2

3 United States District Court
Northern District of California

4

5

6 UNITED STATES OF AMERICA,
Case No.: CR 12-00792-YGR-1 (KAW)

7 Plaintiff,
DETENTION ORDER

8 v.

9 HENRY CERVANTES (a/k/a "Happy"),

10 Defendant.

11

12 I.  DETENTION ORDER

13 Defendant Henry Cervantes (a/k/a "Happy) is charged by superseding indictment with ten

14 counts, including 18 U.S.C. § 1959(a)(1) (murder in aid of racketeering).  At the January 17, 2013

15 hearing before this Court, Defendant, who was in custody and represented by counsel John

16 Philipsborn, waived the timing of his right to proffer information at a detention hearing, *see* 18

17 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later

18 hearing should his circumstances change.  Assistant United States Attorney Kathryn Haun

19 appeared on behalf of the United States.  U.S. Probation Officer Sonia Lapizco also appeared.

20 The Court notes that Defendant has an active, no bail arrest warrant in connection with a 2011

21 arrest for murder, which is a violation of his supervised release.

22 II.  CONCLUSION

23 The Court hereby detains Defendant, but because he has waived his right to present

24 information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later

25 hearing, the Court orders that the hearing may be reopened at Defendant's request at any future

26 time.

27 ///

28

1

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: January 22, 2013

KANDIS A. WESTMORE
United States Magistrate Judge