MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
RANDALL S. LUSKEY (CABN 240915)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   email: kathryn.haun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENRY CERVANTES, et al., )<br>)<br>Defendants. )<br>_____ ) | No. CR 12-000792 YGR<br><br>JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND ORDER |

      The United States, through its counsel of record ("the Government"), and all defendants in this matter, by and through their respective counsel of record, hereby agree and stipulate that the briefing schedule for the parties' Motions to Dismiss and Motions for A Bill of Particulars, oppositions and replies thereto should be continued as follows: the government's omnibus opposition would be due April 12, 2013 with replies thereto, if any, due April 26, 2013. The parties understand the hearing date has been reset for May 10, 2013.

      Among the reasons for this request for a continuance are as follows: there are additional discovery motions that have been filed in this case before Judge Cousins that are expected to be

JOINT STIPULATION CONTINUE BRIEFING [CR 12-000792 YGR]

briefed and heard in March; certain individual defense motions were filed after the February 21, 2013 due date; the hearing date has been continued from April 25, 2013 to May 10, 2013; and the press of other cases previously unforseen by all government counsel involved in the case has necessitated the need for more time.

SO STIPULATED.

DATED: March 12, 2013 _____/s/_____
KATHRYN R. HAUN
RANDALL S. LUSKEY
Assistant United States Attorneys

DATED: March 12, 2013 _____/s/_____
JOHN PHILIPSBORN
Attorney for HENRY CERVANTES

DATED: March 12, 2013 _____/s/_____
BRIAN H. GETZ
Attorney for ALBERTO LAREZ

DATED: March 12, 2013 _____/s/_____
JULIA JAYNE
Attorney for SHANE BOWMAN

DATED: March 12, 2013 _____/s/_____
WILLIAM L. OSTERHOUDT
Attorney for KARL GRAY

DATED: March 12, 2013 _____/s/_____
PAUL DELANO WOLF
Attorney for PETER CUEN

DATED: March 12, 2013 _____/s/_____
JEFFRY MITCHELL GLENN
Attorney for RICHIE MICHELSON

DATED: March 12, 2013 _____/s/_____
NICOLE E. GIACINTI
Attorney for PEGGY LAREZ

DATED: March 12, 2013 _____/s/_____
EDWIN K. PRATHER
Attorney for RICHARD MARTINEZ

DATED: March 12, 2013 _____/s/_____
RICHARD MAZER
Attorney for ELIAS GONZALES

JOINT STIPULATION CONTINUE BRIEFING [CR 12-000792 YGR]

**ORDER**

For good cause shown including the reasons stated in the parties' stipulation with respect to the briefing schedule in this case, it is hereby ORDERED that the government's opposition to the defendants' various Motions to Dismiss and for a Bill of Particulars be due 4/12/13, any replies thereto be filed by 4/26/13.

IT IS SO ORDERED.

DATED: March 13, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

JOINT STIPULATION CONTINUE BRIEFING [CR 12-000792 YGR]