BRIAN J. STRETCH (CABN163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOSEPH M. ALIOTO JR. (CABN 215544)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Joseph.Alioto@usdoj.gov

JENNIFER R. SYKES (VABN 84520)
ROBERT S. TULLY (DCBN 467446)
Trial Attorneys, Organized Crime and Gang Section

    1301 New York Avenue NW
    Washington, D.C. 20005
    Telephone: (202) 616-3492
    Fax: (202) 514-3601
    Jennifer.Sykes@usdoj.gov
    Robert.Tully@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:12-CR-00792-YGR |
| v. | **UNITED STATES' EXHIBIT LIST** |
| (1)  HENRY CERVANTES<br>     a/k/a "Happy"<br>(2)  ALBERTO LAREZ,<br>     a/k/a "Bird,"<br>(3)  JAIME CERVANTES,<br>     a/k/a "Hennessy,"<br>(4)  ANDREW F. CERVANTES,<br>     a/k/a "Mad Dog,"<br><br>     Defendants. | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

1

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 1 | Buccal Swab for Shane Bowman | | | | |
| 2 | Buccal Swab for Jaime Cervantes | | | | |
| 3 | Buccal Swab for Karl Gray | | | | |
| 4 | Buccal Swab for Henry Cervantes | | | | |
| 5 | Buccal Swab for Alberto Larez | | | | |
| 6 | Buccal Swab for Josef Oakes | | | | |
| 7 | Buccal Swab for Jesse Cervantes | | | | |
| 8 | C.V.'s of Experts | | | | |
| 9 | SERI Analytical Report | | | | |
| 10 | SERI Analytical Report dated 05/25/2012 | | | | |
| 11 | SERI Second Analytical Report dated 10/25/2013 | | | | |
| 12 | SERI Third Analytical Report | | | | |
| 13 | SERI Second Analytical Report dated 10/29/2012 | | | | |
| 14 | SERI Analytical Report dated 10/26/2012 | | | | |
| 15 | SERI Analytical Report dated 09/11/2015 | | | | |
| 16 | For SERI Reports  - Cover Letter; Evidence Receipt Log and Technical Review Sheet; Summary Sheets for Extraction, Purification, Amplification, Quantification, Profiles & Statistics; Reference and Evidence Exhibit Sheets; Analysis Pages from Bound Notebooks, STR Printouts; Photographs of Evidence; Genetic Analyzer Electronic Data | | | | |
| 17 | CAST Report for Coolidge Homicide | | | | |
| 18 | CAST Report for Chacon Homicide | | | | |
| 19 | NCRIC Report for Chacon Homicide | | | | |
| 20 | Blood Spatter Report for Chacon Homicide | | | | |
| 21 | Handwriting Analysis Report | | | | |
| 22 | Firearms/Toolmarks Report | | | | |
| 23 | DEA Drug Analysis Reports | | | | |
| 24 | Cellebrite Reports | | | | |

2

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 25 | CW Plea/Cooperator Agreements | | | | |
| 26 | Cervantes Letter to Jessica | | | | |
| 27 | Materials related to the March 2013 assault of Tobias Vigil | | | | |
| 28 | BOP Cell and Movement Records | | | | |
| 29 | Materials seized from Andrew Cervantes Cell | | | | |
| 30 | Prison Correspondence | | | | |
| 31 | Prison Calls – audio | | | | |
| 32 | Prison Calls – summaries | | | | |
| 33 | Prison Calls – Transcripts | | | | |
| 34 | Prison Calls – decoding | | | | |
| 35 | Codes | | | | |
| 36 | Kites | | | | |
| 37 | NF Constitution | | | | |
| 38 | 14 Bonds | | | | |
| 39 | Materials seized from NF Members cells | | | | |
| 40 | Odgen Police Department Reports | | | | |
| 41 | Silver digital scale | | | | |
| 42 | Ammunition – 9mm, 2 boxes | | | | |
| 43 | Firearm - .38 caliber Smith & Weston and Red bandana | | | | |
| 44 | Ammunition - .38 caliber, 4 rounds | | | | |
| 45 | Rudy Martinez indicia | | | | |
| 46 | Magazine and Ammunition – 9mm, 11 rounds | | | | |
| 47 | Firearm – Ruger 9mm P89 | | | | |
| 48 | Ammunition – 9mm, 10 rounds | | | | |
| 49 | Gang indicia | | | | |
| 50 | Packaging material – balloons | | | | |
| 51 | Phone call summaries involving Rudy Martinez | | | | |
| 52 | Audio of recorded phone calls – Rudy Martinez | | | | |
| 53 | Transcripts of recorded phone calls – Rudy Martinez | | | | |
| 54 | Organization Chart | | | | |
| 55 | 1789 Seminary Rd. Apartments Map | | | | |
| 56 | Northern California Map | | | | |

3

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 57 | FBI 302 Reports | | | | |
| 58 | Grand Jury Testimony | | | | |
| 59 | Alvarez Nort SMU rules | | | | |
| 60 | Photo of Sheldon "Skip" Villanueva | | | | |
| 61 | Recorded October 8, 2012 meeting with Alberto Larez and others | | | | |
| 62 | Transcript of October 8, 2012 meeting with Alberto Larez and others | | | | |
| 63 | Tattoo Photos | | | | |
| 64 | Photo of Henry Cervantes and Alberto Larez | | | | |
| 65 | Photos of Alberto Larez and tattoos | | | | |
| 66 | Photos of Henry Cervantes and tattoos | | | | |
| 67 | Photos of Shane Bowman and tattoos | | | | |
| 68 | Photos of Jaime Cervantes and tattoos | | | | |
| 69 | Photos of Karl Gray and tattoos | | | | |
| 70 | Photos of Rudy Martinez and tattoos | | | | |
| 71 | Photos of Elias Gonzales and tattoos | | | | |
| 72 | Photos of Richard Martinez and tattoos | | | | |
| 73 | Photos of Andrew Cervantes and Tattoos | | | | |
| 74 | Henry Cervantes Prison Assault Video on August 14, 2013 | | | | |
| 75 | Alberto Larez Prison Assault Video on January 15, 2014 | | | | |
| 76 | CDCR Memo 7/2/2002 regarding Handwritten notes found in prisoner search | | | | |
| 77 | "Lizard is a Rat" Document | | | | |
| 78 | Sonoma County Detention form and Santa Rosa Police Report | | | | |
| 79 | BOP NF Items: NF Members, Federal Organization, Intel, Organization Charts, Photos | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 80 | TruView Reports – Money Received | | | | |
| 81 | TruView Reports – Money Sent | | | | |
| 82 | TruView Reports – Phone List | | | | |
| 83 | TruView Reports – Calls | | | | |
| 84 | TruView Reports – Email Lists | | | | |
| 85 | TruView Reports – Messages | | | | |
| 86 | TruView Reports – Visitor Lists | | | | |
| 87 | TruView Reports – Visits | | | | |
| 88 | TruView Reports – Timeline | | | | |
| 89 | TruView Charts | | | | |
| 90 | Henry Cervantes Calls Audio | | | | |
| 91 | Henry Cervantes Visitor Log Alameda County Sheriff's Office | | | | |
| 92 | Larez-Cervantes-Villenueva Calls | | | | |
| 93 | Mora Kites | | | | |
| 94 | Jail Letters | | | | |
| 95 | Translated Jail Letters | | | | |
| 96 | Photographs Peter Cuen tattoos | | | | |
| 97 | Drug test results | | | | |
| 98 | Photographs of Cuen search, cellphones and text messages | | | | |
| 99 | Blue Honda Civic Swabs | | | | |
| 100 | Police Report re Peter Cuen Probation Search | | | | |
| 101 | Scale (100 gram) 51-1 | | | | |
| 102 | Methamphetamine (18 grams) 51-2 | | | | |
| 103 | Plastic shopping bag, duct tape, plastic wrap, empty quarter tubes 51-3 | | | | |
| 104 | Marijuana (97 grams) 51-3a | | | | |
| 105 | Phone bill (MetroPCS) and CDC Card for Peter Cuen 51-4 | | | | |
| 106 | Ziploc "dime" bags 51-5 | | | | |
| 107 | Miscellaneous papers, writing, notebook 51-6 | | | | |
| 108 | Ziploc 2"x2" baggies 51-7 | | | | |
| 109 | Gang Indicia 51-8 | | | | |
| 110 | Plastic cup with Huelga Bird 51-8 | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|-------------------|---------------------|-----------|---------------|
| 111 | Marijuana (two plastic bags) in larger Ziploc bag 51-9 | | | | |
| 112 | Ziploc baggies 51-10 | | | | |
| 113 | Green Binder with jail correspondence 51-11 | | | | |
| 114 | Box with jail correspondence 51-12 | | | | |
| 115 | Jail correspondence, ledger, indicia 51-13 | | | | |
| 116 | Jail correspondence 51-14 | | | | |
| 117 | SD cards 51-15 | | | | |
| 118 | Metro cell phone 51-16 | | | | |
| 119 | Notebook and envelope with writing 51-17 | | | | |
| 120 | LG cell phone and charger 51-18 | | | | |
| 121 | iPod 51-19 | | | | |
| 122 | Paper with names and numbers 51-20 | | | | |
| 123 | Indicia 51-21 | | | | |
| 124 | Metro cell phone and SD card 51-22 | | | | |
| 125 | Olympus digital camera 51-23 | | | | |
| 126 | Motorola cell phone 51-24 | | | | |
| 127 | Cellebrite download of SD card 51-25 | | | | |
| 128 | Jail correspondence 51-26 | | | | |
| 129 | Paper with moniker and numbers 51-27 | | | | |
| 130 | Samsung cell phone 51-28 | | | | |
| 131 | Cellebrite download 51-28a | | | | |
| 132 | Card holder with Peter Cuen driver license, etc. 51-29 | | | | |
| 133 | iPod 51-30 | | | | |
| 134 | Sprint cell phone 51-31 | | | | |
| 135 | Cellebrite download 51-32 | | | | |
| 136 | Interview of Angela Cuen 51-34 | | | | |
| 137 | Transcript of Angela Cuen interview | | | | |
| 138 | Peter Cuen jail correspondence | | | | |
| 139 | Western Union Send/Pay Records | | | | |
| 140 | Aerial/Satellite Images of 565 Roundup, Red Bluff, CA | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------------|
| 141 | Search photos from Larez residence at 565 Roundup, Red Bluff CA (ChaconSJ-001334 to 1416).<br><br>YGR wants each photo marked as a separate exhibit (e.g. 100-1, 100-2, etc.) | | | | |
| 142 | Search Warrant Execution Log At 565 Round Up, Red Bluff, CA | | | | |
| 143 | Property Received Log at 565 Round Up, Red Bluff , CA | | | | |
| 144 | Evidence Recovery Log at 565 Round Up, Red Bluff, CA | | | | |
| 145 | Motorola Phone SN:X304079F31 | | | | |
| 146 | White - Apple Iphone Model No. A1349 | | | | |
| 147 | Black – Apple Iphone Model No. A1241 | | | | |
| 148 | Amazon Kindle Device Model No. D01400 | | | | |
| 149 | Apple IPad Serial No. DN6GPJ28DKNW | | | | |
| 150 | Prison Correspondence | | | | |
| 151 | papers with 2 addresses | | | | |
| 152 | money wire paperwork | | | | |
| 153 | "Nuestra Familia" license place holders/frames | | | | |
| 154 | Chase Statement | | | | |
| 155 | 15 Photos | | | | |
| 156 | Two 35mm Cameras w/film | | | | |
| 157 | Fuji film SN:80404842 | | | | |
| 158 | Olympus film SN:5920061 | | | | |
| 159 | Black Cap w/ star | | | | |
| 160 | Documents | | | | |
| 161 | Photo Album | | | | |
| 162 | 2 Winchester Shot Gun Shells, 12ga | | | | |
| 163 | US Bank Statement | | | | |
| 164 | Photos and papers with handwriting | | | | |
| 165 | Fujifilm digital camera SN:6A48052 | | | | |
| 166 | Envelope and paper with address | | | | |

7

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 167 | Blackberry phone SN:RBW71CW | | | | |
| 168 | Clothing | | | | |
| 169 | Cap | | | | |
| 170 | Shoes | | | | |
| 171 | Sunglasses | | | | |
| 172 | Mask | | | | |
| 173 | Photo | | | | |
| 174 | CD | | | | |
| 175 | Papers | | | | |
| 176 | Toshiba Laptop SN:3A701342K | | | | |
| 177 | Documents and photos | | | | |
| 178 | Indicia paperwork | | | | |
| 179 | Photo album | | | | |
| 180 | Drug paraphernalia | | | | |
| 181 | Photo Album and Loose Papers | | | | |
| 182 | Sketch of Residence | | | | |
| 183 | Aerial/Satellite Images of Karl Gray and Jason Pope Incident | | | | |
| 184 | Aerial/Satellite images of 425 Ward St | | | | |
| 185 | Santa Rosa Police Report 12-0006674. | | | | |
| 186 | Santa Rosa Police Report 12-0006674 | | | | |
| 187 | Incident/Investigative Report SRPD 11-12386 | | | | |
| 188 | Santa Rosa Police Department Gang Intelligence re: Karl Gray | | | | |
| 189 | Search Warrant of 425 Ward Road, Santa Rosa | | | | |
| 190 | Indicia for Karl Gray | | | | |
| 191 | Black Replica Colt 9-11 | | | | |
| 192 | Photos from search warrant of 425 Ward Road, Santa Rosa | | | | |
| 193 | Sturm Ruger LCP .380 handgun Serial No. 374-90614 | | | | |
| 194 | Rheinisch Metallwaren und Maschinenfabrik, model Dreyse 1907 .32 caliber handgun (Serial No. 21996) | | | | |
| 195 | Four rounds of .32 caliber ammunition (three in magazine, one loaded in the chamber) | | | | |

8

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|-------------------|---------------------|-----------|---------------|
| 196 | Black MetroPCS Samsung, model SCH-R360, barcode 26843545961309656 | | | | |
| 197 | Black MetroPCS ZTE, model X500M, MEID HEX: | | | | |
| 198 | Clear plastic tube with purple top containing 19 yellow pills and Clear plastic tube with green top containing 18 yellow pills (total package weight 78.5 grams, suspected MDMA) | | | | |
| 199 | Small plastic bag containing crystal like substance (suspected methamphetamine) | | | | |
| 200 | Clear plastic ziplock baggies | | | | |
| 201 | Silver AT&T LG SN:104KPZK53509 | | | | |
| 202 | Aerial/Satellite images of 1759 Seminary Ave, Oakland, CA | | | | |
| 203 | 1759 Seminary Ave Apartment Map | | | | |
| 204 | 1759 Seminary Ave Diagram | | | | |
| 205 | 1759 Seminary search photos | | | | |
| 206 | 4/12/2012, 1759 Seminary Apt. 202 search photos | | | | |
| 207 | Apt. 202 Sketch | | | | |
| 208 | Metal folding knife with broken blade | | | | |
| 209 | Homemade knife | | | | |
| 210 | Orange handled, metal blade knife | | | | |
| 211 | Suspected methamphetamine | | | | |
| 212 | Knife blade no handle black | | | | |
| 213 | Five .32 caliber bullets | | | | |
| 214 | Drug paraphernalia pipe, suspected methamphetamine | | | | |
| 215 | 4/12/2012, 1759 Seminary Apt. 206 search photos | | | | |
| 216 | Apt. 206 Sketch | | | | |
| 217 | Eight .22 caliber bullets next to paperwork for Shane Bowman | | | | |
| 218 | Black collapsible police style baton | | | | |
| 219 | 2 cell phones | | | | |

9

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 220 | PG&E bill in name of Ginger Snapp | | | | |
| 221 | Handwritten near television in living room containing words "PUT ON ICE" | | | | |
| 222 | Handwritten note located near dresser in bedroom | | | | |
| 223 | Assorted mail, paperwork and photographs | | | | |
| 224 | Shotgun shells and a yellow bag | | | | |
| 225 | Smith & Wesson pistol, S/N HZJ6707 | | | | |
| 226 | Misc. ammunition | | | | |
| 227 | Green bag containing a lock box | | | | |
| 228 | Red and white size 7 Nike sneaker | | | | |
| 229 | 5 .25 caliber bullets | | | | |
| 230 | Black shoe box containing gang indicia | | | | |
| 231 | White envelope containing gang indicia | | | | |
| 232 | Photos from Basement Search | | | | |
| 233 | Kitchen/steak Knife | | | | |
| 234 | Pole Camera video and stills 1759 Seminary - | | | | |
| 235 | Handwritten List of 1759 Seminary Residents | | | | |
| 236 | Aerial/Satellite Images of Cottonwood Home Invasion | | | | |
| 237 | Shasta County Sheriff's Office Report 11-02511 | | | | |
| 238 | Fixed-Blade Knife | | | | |
| 239 | Scene photos of Cottonwood Home Invasion | | | | |
| 240 | Zip Ties used to restrain one of the victims of Cottonwood Home Invasion | | | | |
| 241 | Ski Mask found on Lone Tree Hill Road, Cottonwood, CA | | | | |
| 242 | Aerial/Satellite Images of Red Bluff Wells Fargo Bank Robbery | | | | |
| 243 | Red Bluff PD Report 11-1629 and Supplemental Report | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 244 | Crime scene photos | | | | |
| 245 | Valero Energy Internal Document Station regarding robbery | | | | |
| 246 | Aerial/Satellite Images of Red Bluff Stabbing | | | | |
| 247 | Scene Photos from exterior of Palomino Room, Alley, Parking Lot. | | | | |
| 248 | Red Bluff Police Report 11-2302 & Supplemental Reports | | | | |
| 249 | Crime Scene Photographs of Red Bluff Stabbing near Palomino Room | | | | |
| 250 | Surveillance Video of Palomino Room | | | | |
| 251 | Still Images of Surveillance Video of Palomino Room | | | | |
| 252 | Clothing & Victim's Wallet | | | | |
| 253 | Stabbing Victim's Medical Records from Enloe Hospital | | | | |
| 254 | Helicopter Airlift Documents | | | | |
| 255 | Photos of tattoos of victims | | | | |
| 256 | Recorded Interview of Stabbing Victim | | | | |
| 257 | Aerial/Satellite Images of Red Bluff Valero Gas Station Robbery | | | | |
| 258 | Red Bluff PD report 110827027 re: Valero gas station robbery | | | | |
| 259 | Surveillance video of Valero Gas Station | | | | |
| 260 | Surveillance video still images of Valero Gas Station | | | | |
| 261 | Crime scene photos of Valero Gas Station | | | | |
| 262 | Zip Ties from RBPD Valero Gas Station incident | | | | |
| 263 | Photos Shown to PW9 | | | | |
| 264 | Smith & Wesson .357 Revolver | | | | |
| 265 | Aerial/Satellite Images of 3102 Coolidge Ave, Oakland, CA | | | | |
| 266 | OPD Report 11-044697 and Supplemental Reports | | | | |
| 267 | Witness Statement of Han Saecho | | | | |

11

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 268 | Witness Statement of Antonio Bazan | | | | |
| 269 | Crime scene photos of V1 and V2 – Coolidge Ave | | | | |
| 270 | CHP Citation | | | | |
| 271 | Search Warrant for 3102 Coolidge Ave | | | | |
| 272 | Red Plastic Gas Can OPD#80 | | | | |
| 273 | V2 Black purse | | | | |
| 274 | Black leather type zip binder | | | | |
| 275 | Butane fuel (300ML) pop -lite | | | | |
| 276 | Whi square cloth w/2 bear designs and writing | | | | |
| 277 | Whi square cloth w/ "Find What You Love Love What you Have Found" writing Tyrone & Frances design of head (May 15, 2011) | | | | |
| 278 | Whi square cloth with "Living For the Love of You" Tyrone Frances with design of flowers | | | | |
| 279 | Whi square cloth with "Soldier of Love" 5-19-11 Tyrone Frances with design of girl holding weapon | | | | |
| 280 | Letter California Prison Health Care Services addressed to: Tyrone Tinney, P17071, Oakland Parole Units 1-3, 7717, Edgewater Dr. Suite 200 Oakland 94621 | | | | |
| 281 | Social Security Administration addressed to:  Ms. Frances Cervantes / 3102 #A Coolidge Ave | | | | |
| 282 | 16" notebook w/rubber band | | | | |
| 283 | Letter:  Cypress Mendela Training Center addressed to: Frances Cervantes 3102 Coolidge #8 | | | | |
| 284 | Letter from:  Tyrone Tinney addressed to:  Frances A. Cervantes / 3102 Coolidge Ave # A | | | | |
| 285 | 2 burned cigarettes (bent) | | | | |

12

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 286 | Visa debit Card ending in # 3057 INO Kristin Michelle Arata | | | | |
| 287 | Black knit cap | | | | |
| 288 | Red cigarette lighter | | | | |
| 289 | 2-burned cigarettes | | | | |
| 290 | 2-Photo print packets (1 with 13 photos and 1 with 42 photos) | | | | |
| 291 | SSI Card ending in # 5180 INO Frances Ann Cervantes | | | | |
| 292 | Letter (handwritten) from Randy Lam (8/30/11) naming Tyrone Tinney as manager of his apartment buildings and residing at 3102 #A Coolidge Ave | | | | |
| 293 | Letter from:  Anthem addressed to:  Tam Ta 3102 Coolidge Ave | | | | |
| 294 | Burned cigarette box (Newport) | | | | |
| 295 | Letter (recovered from 3102 # A mailbox) addressed to Ms. Frances Cervantes 3102 Coolidge Ave #A | | | | |
| 296 | Multi-color sheet/blanket – recovered from room # 2 (s/e) BLOODY | | | | |
| 297 | Plaid boxer shorts and blue shirt – revered from #1 bedroom  (n/w) BLOODY | | | | |
| 298 | Control burn sample – recovered from n/w (# 1 bedroom) | | | | |
| 299 | Burn fabric – recovered from n/w (# 1 bedroom) | | | | |
| 300 | OPD 11-44697, ALCO ACH Surveillance video | | | | |
| 301 | Still images from hospital surveillance videos | | | | |
| 302 | OPD Detective Tran Investigation Notes | | | | |
| 303 | Solana County Dispatch Records | | | | |
| 304 | Solana County PD Report | | | | |
| 305 | Solana County PD In car Video | | | | |
| 306 | MetroPCS Kyocera cellular phone, MEID 26843547814738190 | | | | |
| 307 | Control Burn Sample | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 308 | Sprint LG cellular flip phone Serial No. 302KS0152472 | | | | |
| 309 | Henry Cervantes Visitor Recordings Audio | | | | |
| 310 | Henry Cervantes Visitor Log Alameda County Sheriff's Office | | | | |
| 311 | OPD Property Records | | | | |
| 312 | OPD Latent Print Quality Log Report & Laboratory Examination Request | | | | |
| 313 | OFD Incident Report 2011-0053310-000 | | | | |
| 314 | OFD Fire Investigation Report | | | | |
| 315 | OFD Fire Scene Photographs | | | | |
| 316 | OPD Crime Scene Security | | | | |
| 317 | OPD Stored/Towed Vehicle Reports | | | | |
| 318 | Solana County Sheriff's Office Record re traffic stop 9/11/2011 | | | | |
| 319 | Solana County Sheriff's Office Arrest Report | | | | |
| 320 | OPD Homicide Section Profile Data Entry Sheets | | | | |
| 321 | CA Crime Report Verification Request Form | | | | |
| 322 | OPD Technician's Report | | | | |
| 323 | Diagram of 31002 A Coolidge Ave | | | | |
| 324 | DNA Blood Card (V1) | | | | |
| 325 | DNA Blood Card (V2) | | | | |
| 326 | Scalp Hair (V1) | | | | |
| 327 | Scalp Hair (V2) | | | | |
| 328 | Fingernail Clippings (V2) | | | | |
| 329 | Dentures Broken (V2) | | | | |
| 330 | Hair Clip Broken (V2) | | | | |
| 331 | Blanket Multi Colored (V2) | | | | |
| 332 | Dress (V2) | | | | |
| 333 | Black Bra (V2) | | | | |
| 334 | Cream Panties (V2) | | | | |
| 335 | Butcher Paper (V2) | | | | |
| 336 | Knife (V2) | | | | |
| 337 | OPD Tech Report Evidence Processed from BMW | | | | |
| 338 | Photos of BMW | | | | |

14

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 339 | DNA Swabs from BMW | | | | |
| 340 | Additional Photos of BMW | | | | |
| 341 | Bob's Towing Invoice for BMW | | | | |
| 342 | OPD Tech Report Evidence Processed from Dodge Caravan | | | | |
| 343 | Photos of Dodge Caravan | | | | |
| 344 | Autopsy Report re Victim 1 | | | | |
| 345 | Autopsy Diagram re Victim 1 | | | | |
| 346 | Autopsy Report re:  Victim 2 | | | | |
| 347 | Autopsy Diagram re:  Victim 2 | | | | |
| 348 | Dr. Thomas R. Beaver CV | | | | |
| 349 | Autopsy Photos | | | | |
| 350 | Toxicology report re: Victim 1 | | | | |
| 351 | Toxicology report re: Victim 2 | | | | |
| 352 | V1 Criminal History & Gang Classification | | | | |
| 353 | V2 Criminal History | | | | |
| 354 | Victim 2 Phone Records MetroPCS Bill & Receipts | | | | |
| 355 | Victim 2 Phone Records MetroPCS Bill & Receipts | | | | |
| 356 | Richard Martinez Phone Records | | | | |
| 357 | Coroner Investigator's Report re: Victim 2 | | | | |
| 358 | Coroner Investigator's Report re: Vicitm 1 | | | | |
| 359 | Scene & Intake Photos of Victim 1 | | | | |
| 360 | Scene & Intake Photos of Victim 2 | | | | |
| 361 | Coroner's Receipt | | | | |
| 362 | Photos of Victim 1 Alive | | | | |
| 363 | Frances Cervantes Hospital Photos | | | | |
| 364 | Letters & Documents from 3102 A Coolidge Victims | | | | |
| 365 | Jail Letters | | | | |
| 366 | Frances Cervantes Documents | | | | |
| 367 | Frances Cervantes Medical Records | | | | |
| 368 | Henry Cervantes Consolidated Arrest Report (NF-002714 to NF-002736) | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 369 | Kristen Arata arrest and photo array | | | | |
| 370 | Arrest of Shane Bowman | | | | |
| 371 | Photos of Shane Bowman | | | | |
| 372 | Sheila Rodriguez Restraining Order | | | | |
| 373 | PW5 Bays Inn Hotel Reservation Vallejo, CA | | | | |
| 374 | Alameda County Event Log | | | | |
| 375 | Henry Cervantes Charge Set Worksheet | | | | |
| 376 | Aerial/Satellite Images of Livermore Home Invasion | | | | |
| 377 | Police Report and Supplemental Reports re: Livermore Home Invasion | | | | |
| 378 | Victim's Shirt of Livermore Home Invasion | | | | |
| 379 | Bullet Fragment retrieved from victim of Livermore Home Invasion | | | | |
| 380 | Victim's Pants of Livermore Home Invasion | | | | |
| 381 | Victim's Shoes of Livermore Home Invasion | | | | |
| 382 | Victim's Belt of Livermore Home Invasion | | | | |
| 383 | Victim's Socks of Livermore Home Invasion | | | | |
| 384 | Scene Photos of Livermore Home Invasion | | | | |
| 385 | Pry Bar of Livermore Home Invasion | | | | |
| 386 | 3 Zip Ties of Livermore Home Invasion | | | | |
| 387 | Interviews of Victims of Livermore Home Invasion | | | | |
| 388 | Photo Line-up of Livermore Home Invasion | | | | |
| 389 | Photos taken during search warrant of Livermore Home Invasion | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 390 | Forensic Analytical Laboratories – Gunshot Residue of Livermore Home Invasion | | | | |
| 391 | Digital Images of Bullet  of Livermore Home Invasion | | | | |
| 392 | Search Warrant of 398 N. I ST | | | | |
| 393 | Sketch  of Livermore Home Invasion | | | | |
| 394 | Blood Swabs of Livermore Home Invasion | | | | |
| 395 | Drugs found during SW of 398 N. I ST (Larry Little) estimate 44 grams of meth | | | | |
| 396 | Sprint Bill – found during SW of 398 N. I ST – Sandra Wallace #8736 | | | | |
| 397 | Shotgun found during SW of 398 N I ST. | | | | |
| 398 | Shotgun shells found during SW of 398 N I ST. | | | | |
| 399 | Medical Records of Sean Dixon | | | | |
| 400 | 911 Calls and Radio Communications for SJPD #12-226-0462 | | | | |
| 401 | CAD Events for SJPD #12-226-0462 | | | | |
| 402 | Photographs of Alberto Larez, Angel Martinez, Martin Chacon, Richard Arteaga, Edwin Jimenez, Ruben Cruz, Jesse Cervantes, Josef Oakes (Individual and Various Group Photographs) | | | | |
| 403 | Martin Chacon Criminal History | | | | |
| 404 | Aerial Photograph/Map of Crime Scene re SJPD 12-226-0462 | | | | |
| 405 | Chacon Crime Scene Diagrams | | | | |
| 406 | Digital Photographs of 575 Charles Street and of the Intersection of Charles and North 13th Street | | | | |
| 407 | San Jose Police Department General Offenses Report 12-226-0462 | | | | |

17

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|-------------------|---------------------|-----------|---------------|
| 408 | San Jose Police Department Police Report, Supplemental Reports 12-226-0462 | | | | |
| 409 | San Jose Police Department Additional People Details | | | | |
| 410 | San Jose Police Department Gang Investigations Unit Supplemental Report 12-226-0462 | | | | |
| 411 | San Jose Police Department Canvass Reports 12-226-0462 | | | | |
| 412 | Recorded Interviews of Witnesses PW6, PW7, PW8 | | | | |
| 413 | Digital Recordings of Statements from PW6, PW7, PW8 | | | | |
| 414 | Digital Photographs of Martin Chacon Crime Scene | | | | |
| 415 | Surveillance Videos and Associated Still Photographs near Martin Chacon Crime Scene | | | | |
| 416 | Surveillance Videos from CVS | | | | |
| 417 | San Jose Police Department Recordings | | | | |
| 418 | Sketches of Vehicles Located at Scene | | | | |
| 419 | Interviews and Interview Sheets of Fay Parenzin | | | | |
| 420 | Interview Recordings, Sheets, Notes and Photographs Associated with Interviews of Jose Ortiz, Garrett William Hughes, PW-6, Ronnie Lenny Otero, Mario Renee Gomez, Jr. | | | | |
| 421 | San Jose Police Department Homicide Investigation 12-226-0462 | | | | |
| 422 | San Jose Police Department Crime Scene/Critical Incident Log 12-226-0462 | | | | |
| 423 | San Jose Police Department: Released to District Attorney and Court GO# SJ 2012-122260462 | | | | |
| 424 | CSU Photographs of Martin Chacon Crime Scene | | | | |
| 425 | Crime Scene Investigation Report | | | | |

18

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 426 | Spent Shell Casing, Headstamp: CCI Luger 9MM (Item: SJ1714-1) | | | | |
| 427 | Spent Shell Casing, Headstamp: Win 25 Auto (Item: SJ1714-2) | | | | |
| 428 | Spent Shell Casing, Headstamp: CCI Luger 9MM (Item: SJ1714-3) | | | | |
| 429 | Copper Jacketing (Item: SJ1714-4) | | | | |
| 430 | Apple Power Cord (Item: SJ1714-5) | | | | |
| 431 | Power Cord (Item: SJ1714-6) | | | | |
| 432 | Knife (Item: SJ1714-7) | | | | |
| 433 | Latent Fingerprint Cards (Item: SJ1714-8) | | | | |
| 434 | Cigarette Lighter (Item: SJ1714-9) | | | | |
| 435 | Gunshot Residue Kit (Item: SJ1714-10) | | | | |
| 436 | DNA Swab (Exterior Front Passenger Door Handle) (Item: SJ1714-11) | | | | |
| 437 | DNA Swab (Exterior Front Passenger Door) (Item: SJ1714-12) | | | | |
| 438 | Pantec Cell Phone P7040 (Item: SJ1714-13) | | | | |
| 439 | Nokia Cell Phone 1100B (Item: SJ1714-14) | | | | |
| 440 | DNA Swab from Power Cord (SJ1714-5) (Item: SJ1714-15) | | | | |
| 441 | Cigarette Lighter, 5 Flags (Item: SJ1714-16) | | | | |
| 442 | Acer Aspire Laptop Computer (Item: SJ1714-17) | | | | |
| 443 | TomTom Global Positioning System (Item: SJ1714-18) | | | | |
| 444 | Samsung Tablet SCH-I800 (Item: SJ1714-19) | | | | |
| 445 | DNA Swab from Handle of Apple Power Cord (SJ1714-5) (Item: SJ1714-20) | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------------|
| 446 | DNA Swab from Ruben Cruz (Item: SJ1714-21) | | | | |
| 447 | LG VN530 Cell Phone (Item: SJ1714-22) | | | | |
| 448 | DNA Swab from Alberto Larez (Item: SJ1714-23) | | | | |
| 449 | Misc Paperwork/Handwritten Notes from Ruben Cruz (Item: SJ1714-24) | | | | |
| 450 | Santa Clara County Medical Examiner, Report of Investigation and Coroner's Report 12-02902 | | | | |
| 451 | Certificate of Death | | | | |
| 452 | Report of Autopsy of Martin Chacon (Case No. 12-02902) | | | | |
| 453 | Report of Autopsy Notes and Underlying Documents | | | | |
| 454 | Photographs Taken at Martin Chacon Crime Scene on 8/13/2012 | | | | |
| 455 | Methamphetamine/Amphetamine 61.7 grams (Item: SJ1739-1) | | | | |
| 456 | Brown Paper Bag From Martin Chacon's Left Hand (Item: SJ1739-2) | | | | |
| 457 | Brown Paper Bag From Martin Chacon's Right Hand (Item: SJ1739-3) | | | | |
| 458 | Nike Athletic Shoes (Item: SJ1739-4) | | | | |
| 459 | Black/White/Red Shorts (Item: SJ1739-5) | | | | |
| 460 | Boxer Shorts (Item: SJ1739-6) | | | | |
| 461 | Black Tank Top (Item: SJ1739-7) | | | | |
| 462 | Blood-Stained Shirt (Item: SJ1739-8) | | | | |
| 463 | Fragment/Projectile from Martin Chacon's Body (Item: SJ1739-9) | | | | |
| 464 | Blood Card from Martin Chacon (Item: SJ1739-10) | | | | |
| 465 | Projectile (Missile) from Martin Chacon's Body (Item: SJ1739-11) | | | | |

20

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 466 | Clothing, Sock, Fabric Bag, (SJ1739-1), Glass Pipe, Rubber Bank (Item: SJ1739-12) | | | | |
| 467 | Photographs of Sock and Narcotics | | | | |
| 468 | Autopsy Photographs of Martin Chacon | | | | |
| 469 | Report on Search of Martin Chacon's House | | | | |
| 470 | Photographs from Search of 195 Bosque Drive | | | | |
| 471 | Wallet Seized from 195 El Bosque Drive (Item: SJ1779-1) | | | | |
| 472 | Sony DSC F717 Digital Camera (Item: SJ1779-2) | | | | |
| 473 | Mail Addressed to Martin Chacon (Item: SJ1779-3) | | | | |
| 474 | Apple iPhone 3 Cell Phone (Item: SJ1779-4) | | | | |
| 475 | JVC GZ MS110BU Camcorder (Item: SJ1779-5) | | | | |
| 476 | Handwritten Letter (Item: SJ1779-6) | | | | |
| 477 | Cell Phone Reports (Item: SJ1779-7) | | | | |
| 478 | Tehama Interagency Drug Enforcement (TIDE) Investigation Report and Evidence Processing | | | | |
| 479 | TIDE Evidence/Processing Form | | | | |
| 480 | TIDE Money Count Forms | | | | |
| 481 | U.S. Currency | | | | |
| 482 | Photographs Outside of Vehicles | | | | |
| 483 | Photographs from Search Warrant in Red Bluff on April 2, 2013 | | | | |
| 484 | Photographs of Josef Oakes on April 2, 2013 and Email | | | | |
| 485 | Winchester .40 caliber ammunition (Item: SJ18279-1) | | | | |
| 486 | Huawei Cell Phone (Item: SJ18279-2) | | | | |
| 487 | LG Cell Phone (Item: SJ18279-3) | | | | |
| 488 | Photo Album Pages (Item: SJ18279-4) | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|--------------------|-----------|---------------|
| 489 | Greeting Card with Note (Item: SJ18279-5) | | | | |
| 490 | High Point 9MM Handgun (Item: SJ18279-6) | | | | |
| 491 | Plastic Baggies of .25 caliber ammunition (Item: SJ18279-7) | | | | |
| 492 | LG Cell Phone (Item: SJ18279-8) | | | | |
| 493 | Huwaei Cell Phone (Item: SJ18279-9) | | | | |
| 494 | Sony Laptop (Item: SJ18279-10) | | | | |
| 495 | Motorola Cell Phone (Item: SJ18279-11) | | | | |
| 496 | Miscellaneous Documents (Item: SJ18279-12) | | | | |
| 497 | Handgun Holster (Item: SJ18279-13) | | | | |
| 498 | Flash Drive/Memory Card (Item: SJ18279-14) | | | | |
| 499 | Vizio Computer and Computer Items (Item: SJ18279-15) | | | | |
| 500 | Sundance Industries Pistol (Item: SJ18279-16) | | | | |
| 501 | Miscellaneous Items (Item: SJ18279-17) | | | | |
| 502 | Ammunition, .22 caliber cartridges (Item: SJ18279-18) | | | | |
| 503 | Computer Diskette (Item: SJ18279-19) | | | | |
| 504 | Miscellaneous Documents (Item: SJ18279-20) | | | | |
| 505 | Disc of Fingerprint Lift (Item: SJ18279-16A) | | | | |
| 506 | DNA Swab from Josef Oakes (Item: SJ18299-1) | | | | |
| 507 | LG Cell Phone (Item: SJ18299-2) | | | | |
| 508 | Knife (Item: SJ18302-1) | | | | |
| 509 | Key / Laynard with Keyring and Four Keys (Item: SJ18302-2) | | | | |
| 510 | Box of Ammunition (Item: SJ18302-3) | | | | |
| 511 | Samsung Cell Phone (Item: SJ18302-4) | | | | |
| 512 | ZTE Cell Phone (Item: SJ18302-5) | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 513 | Flash Drive/Memory Drive (Item: SJ18302-6) | | | | |
| 514 | Apple iPod 8 GB (Item: SJ18302-7) | | | | |
| 515 | Pepper Spray (Item: SJ18302-8) | | | | |
| 516 | TER Photographs of Evidence | | | | |
| 517 | Josef Oakes Booking Report: Tehama County Sheriff's Department | | | | |
| 518 | Photographs from Flash Drive/Memory Card (Item: SJ18279-14) | | | | |
| 519 | Photographs from 565 Red Bluff Search Warrant | | | | |
| 520 | Report and Notes from 565 Red Bluff Search Warrant | | | | |
| 521 | DMV Records of Honda | | | | |
| 522 | Photographs of Honda | | | | |
| 523 | Follow-Up Photographs by Investigators | | | | |
| 524 | Cellbrite Downloads | | | | |
| 525 | Ruben Cruz Phone Numbers | | | | |
| 526 | Arrest Warrant of Ruben Cruz | | | | |
| 527 | Arrest Warrant of Josef Oakes | | | | |
| 528 | Photographs of LG Phone LG500 | | | | |
| 529 | Photographs of Motorola Phone | | | | |
| 530 | Photograph of Angel Martinez's Truck | | | | |
| 531 | Alameda County Sheriff's Office Inmate Disciplinary Notification Report and Hearing Record, July 2013 | | | | |
| 532 | Alameda County Sheriff's Office Inmate Disciplinary Notification Report and Hearing Record, October 2013 | | | | |
| 533 | Report on Search Warrant for 1138 Franzel Drive, Red Bluff, CA | | | | |
| 534 | Exigent Circumstance Request with MetroPCS and Response (408) 775-3687 | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 535 | Emergency Information Request with Verizon and Response (408) 318-9151 | | | | |
| 536 | Preservation Requests for Various Cell Phones | | | | |
| 537 | Interviews of Jesse Cervantes | | | | |
| 538 | Interview Sheets and Notes Associated with Jesse Cervantes's Interviews | | | | |
| 539 | Written Statements of Jesse Cervantes | | | | |
| 540 | Audios of Jesse Cervantes with Photo Line-Up | | | | |
| 541 | Photo Line-Ups (Jesse Cervantes) | | | | |
| 542 | Map of Carl's Jr. | | | | |
| 543 | Interviews of Ruben Cruz | | | | |
| 544 | Written Statements of Ruben Cruz | | | | |
| 545 | Interview Sheets and Notes Associated with Ruben Cruz's Interviews | | | | |
| 546 | Audio of PW7 with Photo Line-Up | | | | |
| 547 | Photo Line-Ups (PW6 and PW7) | | | | |
| 548 | Santa Clara County Crime Lab Photographs for #M120992 | | | | |
| 549 | DVD- Angel Martinez undercover buy dated 6/26/2012 | | | | |
| 550 | DVD- Angel Martinez undercover buy dated 7/26/2012 | | | | |
| 551 | Livingston Expertise | | | | |
| 552 | Livingston Presentation | | | | |
| 553 | Livingston PowerPoint | | | | |
| 554 | CD for Ruben Cruz Phone (UFED LG CDMA VN-530) | | | | |
| 555 | Crime Scene Photos (NF-013280 to NF-013284) | | | | |
| 556 | SJPD Recordings (NF-013624 to NF-013629) | | | | |
| 557 | Santa Clara County Crime Lab Reports | | | | |
| 558 | FBI Laboratory Report on Firearm Examinations | | | | |
| 559 | Ballistics Report | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 560 | Blood Splatter Report | | | | |
| 561 | Alberto Larez File Containing Truview Phone Lists, Phone Numbers Associated with Bird and DMV Record/Photograph | | | | |
| 562 | Interview Sheets and Notes Associated with Josef Oakes's Interviews | | | | |
| 563 | Classification Records | | | | |
| 564 | Gilroy Kite Involving Andrew Cervantes | | | | |
| 565 | Materials Related to Chacon Counterfeiting Case | | | | |
| 566 | CAST Cell Site Report and PowerPoint: Sprint (530) 646-5601 | | | | |
| 567 | Sprint Cell Tower Listings | | | | |
| 568 | NCRIC Analytical Case Support Cell Cite Information | | | | |
| 569 | Phone Records for (408) 839-0766 | | | | |
| 570 | Phone Records for (408) 667-4857 | | | | |
| 571 | Phone Records for (530) 228-3448 | | | | |
| 572 | Phone Records for (530) 646-5601 | | | | |
| 573 | Phone Records for (408) 417-8271 | | | | |
| 574 | Phone Records for (408) 429-3374 | | | | |
| 575 | Phone Records for (408) 469-5981 | | | | |
| 576 | Phone Records for (408) 469-8008 | | | | |
| 577 | Phone Records for (408) 561-2683 | | | | |
| 578 | Phone Records for (408) 599-6695 | | | | |
| 579 | Phone Records for (408) 771-2771 | | | | |
| 580 | Phone Records for (831) 756-2074 | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
| 581 | Phone Records for (408) 429-3374 | | | | |
| 582 | Phone Records for (408) 628-2170 | | | | |
| 583 | Phone Records for (408) 685-3662 | | | | |
| 584 | Phone Records for (619) 674-4759 | | | | |
| 585 | Phone Records for (510) 967-8868 | | | | |
| 586 | Phone Records for (530) 209-3027 | | | | |
| 587 | Phone Records for (408) 212-1546 | | | | |
| 588 | Phone Records for (408) 439-6321 | | | | |
| 589 | Phone Records for (408) 464-9533 | | | | |
| 590 | Phone Records for (408) 504-1905 | | | | |
| 591 | Phone Records for (408) 823-5403 | | | | |
| 592 | Phone Records for (408) 824-8065 | | | | |
| 593 | Phone Records for (408) 455-3739 | | | | |
| 594 | Phone Records for (408) 674-2845 | | | | |
| 595 | Phone Records for (408) 356-1716 | | | | |
| 596 | Phone Records for (209) 817-9676 | | | | |
| 597 | Phone Records for (408) 726-8513 | | | | |
| 598 | Phone Records for (408) 775-1578 | | | | |
| 599 | Phone Records for (415) 368-5705 | | | | |
| 600 | Phone Records for (530) 366-1853 | | | | |
| 601 | Phone Records for (530) 366-2902 | | | | |
| 602 | Phone Records for (530) 366-4505 | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---------|-------------|--------------------|----------------------|-----------|---------------|
| 603 | Phone Records for (650) 921-4826 | | | | |
| 604 | Phone Records for (831) 756-5732 | | | | |
| 605 | Phone Records for (408) 375-3933 | | | | |
| 606 | Phone Records for (408) 685-3662 | | | | |
| 607 | Phone Records for (408) 508-2683 | | | | |
| 608 | Facebook Records for Martin Chacon | | | | |
| 609 | Facebook Records for Angel Williams | | | | |
| 610 | Facebook Records for Fay Parenzin | | | | |
| 611 | Facebook Records for Ruben Cruz | | | | |

UNITED STATES' EXHIBIT LIST
CR 12-0792-YGR